UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHI PINCKNEY, JACK FERGUSON, and RAY EATON JR. on behalf of themselves and all other similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>NORDSTROM, INC.,<br><br>            Defendant. | Case No. 2:25-cv-01396-JHC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Noted for Hearing: August 14, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Rashi Pinckney, Jack Ferguson, and Ray Eaton, Jr., and Defendant Nordstrom, Inc., by and through their undersigned counsel, hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint from August 18, 2025, to October 17, 2025.

STIPULATED AND AGREED TO this 14th day of August, 2025.

//

//

//

//

//

1

2

**LAW OFFICES OF DAVID B.
RICHARSON, P.S.**

**MORGAN, LEWIS & BOCKIUS LLP**

3

By: *s/ David B. Richardson*
David B. Richardson, WSBA #21991

By: *s/ Marisa L. Berlinger*
Marisa L. Berlinger, WSBA #58991

4

3829 S. Edmunds St., Suite C
Seattle, WA 98118

1301 Second Avenue, Suite 3000
Seattle, WA 98101

5

Phone: (425) 646-9801
Email: david@dbrlaw.com

Phone: (206) 274-6400
Email:  marisa.berlinger@morganlewis.com

6

7

**SIRI & GLIMSTAD LLP**

*Attorneys for Defendant Nordstrom, Inc.*

8

Oren Faircloth, (*pro hac vice* forthcoming)

9

745 Fifth Avenue, Suite 500
New York, NY 10151

10

Phone: (212) 532-1091
Email: ofaircloth@sirillp.com

11

12

*Attorneys for Plaintiffs and Proposed Class*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR EXTENSION OF
TIME TO ANSWER COMPLAINT - 2
(Case No. 2:25-cv-01396-JHC)

1

**ORDER**

2    IT IS SO ORDERED.

3    DATED: August 14, 2025.

4

5

6                    *John H. Chun*

7                    JOHN H. CHUN
                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR EXTENSION OF
TIME TO ANSWER COMPLAINT - 3
(Case No. 2:25-cv-01396-JHC)