THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHI PINCKNEY, JACK FERGUSON, and RAY EATON JR. on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No. 2:25-cv-01396-JHC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND EXTENSION OF RESPONSE DEADLINE**<br><br>NOTE ON MOTION CALENDAR: October 1, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Rashi Pinckney, Jack Ferguson, and Ray Eaton, Jr. ("Plaintiffs"), and Defendant Nordstrom, Inc. ("Defendant"), by and through their undersigned counsel, hereby STIPULATE AND AGREE that Plaintiffs will file an Amended Complaint by October 10, 2025, and Defendants' response to Plaintiffs' Amended Complaint will be due thirty (30) days after Plaintiffs file their Amended Complaint.

//

//

//

//



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

STIPULATED AND AGREED TO this 1st day of October, 2025.

**SIRI & GLIMSTAD LLP**

Oren Faircloth, (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (212) 532-1091
Email: ofaircloth@sirillp.com

**LAW OFFICES OF DAVID B. RICHARSON, P.S.**

By: *s/ David B. Richardson (w/permission)*
David B. Richardson, WSBA #21991
3829 S. Edmunds St., Suite C
Seattle, WA 98118
Phone: (425) 646-9801
Email: david@dbrlaw.com

*Attorneys for Plaintiffs and Proposed Class*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Marisa L. Berlinger*
Deborah S. Davidson, (*pro hac vice*)
110 North Wacker Drive
Chicago, IL 60606
Phone: (312) 324-1159
Email: deborah.davidson@morganlewis.com

Dylan D. Rudolph, (*pro hac vice*)
1400 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 843-7276
Email: dylan.rudolph@morganlewis.com

Yara AlHowar, WSBA #58693
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: yara.alhowar@morganlewis.com
marisa.berlinger@morganlewis.com

*Attorneys for Defendant Nordstrom, Inc.*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: ____________________________, 2025.

_______________________________________
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Marisa L. Berlinger*
Deborah S. Davidson, (*pro hac vice*)
110 North Wacker Drive
Chicago, IL 60606
Phone: (312) 324-1159
Email: deborah.davidson@morganlewis.com

Dylan D. Rudolph, (*pro hac vice*)
1400 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 843-7276
Email: dylan.rudolph@morganlewis.com

Yara AlHowar, WSBA #58693
Marisa L. Berlinger, WSBA #58991
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: yara.alhowar@morganlewis.com
marisa.berlinger@morganlewis.com

*Attorneys for Defendant Nordstrom, Inc*

**SIRI & GLIMSTAD LLP**

Oren Faircloth, (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (212) 532-1091
Email: ofaircloth@sirillp.com

**LAW OFFICES OF DAVID B. RICHARSON, P.S.**

By: *s/ David B. Richardson (w/permission)*
David B. Richardson, WSBA #21991
3829 S. Edmunds St., Suite C
Seattle, WA 98118
Phone: (425) 646-9801
Email: david@dbrlaw.com

*Attorneys for Plaintiffs and Proposed Class*