UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHI PINCKNEY, JACK FERGUSON, and RAY EATON JR. on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>Defendant. | Case No. 2:25-cv-01396-JHC<br><br>**STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT AND EXTENSION OF RESPONSE DEADLINE**<br><br>NOTE ON MOTION CALENDAR:<br>October 1, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Rashi Pinckney, Jack Ferguson, and Ray Eaton, Jr. ("Plaintiffs"), and Defendant Nordstrom, Inc. ("Defendant"), by and through their undersigned counsel, hereby STIPULATE AND AGREE that Plaintiffs will file an Amended Complaint by October 10, 2025, and Defendants' response to Plaintiffs' Amended Complaint will be due thirty (30) days after Plaintiffs file their Amended Complaint.

//

//

//

//

STIPULATION AND ORDER RE AMENDED
COMPLAINT AND RESPONSE DEADLINE - 1
(Case No. 2:25-cv-01396-JHC)

1  STIPULATED AND AGREED TO this 1st day of October, 2025.

2

3  **SIRI & GLIMSTAD LLP**                           **MORGAN, LEWIS & BOCKIUS LLP**

4  Oren Faircloth, (*pro hac vice*)                  By: *s/ Marisa L. Berlinger*
   745 Fifth Avenue, Suite 500                       Deborah S. Davidson, (*pro hac vice*)
5  New York, NY 10151                                110 North Wacker Drive
   Phone: (212) 532-1091                             Chicago, IL 60606
6  Email: ofaircloth@sirillp.com                     Phone: (312) 324-1159
                                                     Email: deborah.davidson@morganlewis.com
7  **LAW OFFICES OF DAVID B.**
   **RICHARSON, P.S.**                               Dylan D. Rudolph, (*pro hac vice*)
8                                                    1400 Page Mill Road
9  By: *s/ David B. Richardson (w/permission)*       Palo Alto, CA 94304
   David B. Richardson, WSBA #21991                  Phone: (650) 843-7276
10 3829 S. Edmunds St., Suite C                      Email: dylan.rudolph@morganlewis.com
   Seattle, WA 98118
11 Phone: (425) 646-9801                             Yara AlHowar, WSBA #58693
   Email: david@dbrlaw.com                           Marisa L. Berlinger, WSBA #58991
12                                                   1301 Second Avenue, Suite 3000
13 *Attorneys for Plaintiffs and Proposed Class*     Seattle, WA 98101
                                                     Phone: (206) 274-6400
14                                                   Email: yara.alhowar@morganlewis.com
15                                                          marisa.berlinger@morganlewis.com

16                                                   *Attorneys for Defendant Nordstrom, Inc.*

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE AMENDED
COMPLAINT AND RESPONSE DEADLINE - 2
(Case No. 2:25-cv-01396-JHC)

**ORDER**

IT IS SO ORDERED.

DATED: October 2, 2025.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE AMENDED
COMPLAINT AND RESPONSE DEADLINE - 3
(Case No. 2:25-cv-01396-JHC)