1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMY TAKALA, et al.,

                    Plaintiffs,

        v.

NORDSTROM, INC.,

                    Defendant.

Case No. 3:25-cv-01396-JHC

**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND ORDER**

NOTE ON MOTION CALENDAR:
November 14, 2025

1    Plaintiffs Amy Takala and Jennifer Wescott (collectively, "Plaintiffs") and Defendant
2    Nordstrom, Inc. ("Defendant"), by and through their attorneys of record, hereby jointly stipulate
3    and seek leave to amend the briefing schedule on Defendant's Motion to Dismiss (Dkt. 19), as set
4    forth under the Local Rules.  In support of this stipulation, the parties state:

5        1.    Defendant filed its Motion to Dismiss on November 10, 2025, and noted the Motion
6    for December 8, 2025.  Absent this stipulation, Plaintiffs' opposition to Defendant's Motion to
7    Dismiss would be due by December 1, 2025, and Defendant's reply to Plaintiffs' opposition would
8    be due by December 8, 2025, per L.C.R. 7(d)(4).

9        2.    The parties have conferred and agree that they would benefit from additional time
10    to file their respective opposition and reply briefs given the issues presented in the briefing and
11    their counsel's existing schedules and commitments in other cases as well as planned time off.

12    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the
13    parties, by and through their respective counsel of record, as follows:

14    Plaintiffs' opposition to Defendant's Motion to Dismiss is due by December 10, 2025.

15    Defendant's reply to Plaintiffs' opposition is due by January 21, 2026.

16    Defendant's Motion to Dismiss is hereby noted for January 21, 2026.

17    //
18    //
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //

STIPULATED MOTION TO EXTEND BRIEFING
DEADLINES AND ORDER
Page 1
(Case No. 3:25-cv-01396-JHC)

1    SUBMITTED this 14th day of November, 2025.

2

3    **LAW OFFICES OF DAVID B.**     **MORGAN, LEWIS & BOCKIUS LLP**
     **RICHARDSON, P.S.**

4    By: *s/ David B. Richardson*     By: *s/ Marisa L. Berlinger*

5    David B. Richardson, WSBA #21991     Marisa L. Berlinger, WSBA #58991
     3829 S. Edmunds St., Suite C.     Yara AlHowar, WSBA #58693

6    Seattle, WA 98118     1301 Second Avenue, Suite 3000
     Phone: (425) 646-9801     Seattle, WA 98101

7    Email: david@dbrlaw.com     Phone: (206) 274-6400
          Email:  marisa.berlinger@morganlewis.com

8    **SIRI & GLIMSTAD LLP**         yara.alhowar@morganlewis.com

9    Oren Faircloth (*pro hac vice*)     Deborah S. Davidson (*pro hac vice*)

10   745 Fifth Avenue, Suite 500     110 North Wacker Drive
     New York, New York 10151     Chicago, IL 60606

11   Phone: (212) 532-1091     Phone: (312) 324-1159
     Email: ofaircloth@sirillp.com     Email: deborah.davidson@morganlewis.com

12

13   *Attorneys for Plaintiffs and Proposed Class*     Dylan D. Rudolph (*pro hac vice*)
          1400 Page Mill Road

14        Palo Alto, CA 94304
          Phone: (650) 843-7276

15        Email: dylan.rudolph@morganlewis.com

16        *Attorneys for Defendant Nordstrom, Inc.*

17

18

19

20

21

22

23

24

25

26

1

**ORDER**

2          The Court, having considered the parties' Stipulation Motion, hereby ORDERS that the

3    parties' Stipulated Motion to Extend Briefing Deadlines is GRANTED as follows:

4          Plaintiffs' opposition to Defendant's Motion to Dismiss is due by December 10, 2025.

5          Defendant's reply to Plaintiffs' opposition is due by January 21, 2026.

6          The Court DIRECTS the Clerk to re-note Defendant's Motion to Dismiss at Dkt. # 19 for

7    January 21, 2026.

8          DATED this 14th day of November, 2025.

9

10   _____
     JOHN H. CHUN
11   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND BRIEFING
DEADLINES AND ORDER
Page 3
(Case No. 3:25-cv-01396-JHC)