THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY TAKALA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM INC.,<br><br>Defendant. | Case No. 2:25-cv-01396-JHC<br><br>**JOINT STATUS REPORT**<br><br>**AND ORDER** |

Plaintiffs Amy Takala and Jennifer Wescott ("Plaintiffs"), and Defendant Nordstrom, Inc. ("Defendant" or "Nordstrom") (collectively, the "Parties"), by and through their undersigned attorneys of record, jointly submit the following status report pursuant to the Court's Order granting the Parties' Stipulated Motion to Stay Pending Mediation (ECF No. 30):

1) After conducting mediation on June 18, 2026, the Parties have reached an agreement in principle to resolve all claims in this matter.

2) The Parties respectfully request that the Court continue to suspend proceedings in this case pending the completion of definitive settlement documents.

3) Within thirty (30) days of the date of any order granting this request, the Parties will either:

(a) File a motion for preliminary approval of the settlement; or

(b) Submit a further joint status report apprising the Court of the Parties' progress toward finalization of the settlement.

WHEREFORE, the Parties respectfully request that the Court enter the attached [Proposed] Order continuing the stay of proceedings in this matter and setting a deadline for the Parties' next filing.

**SIRI & GLIMSTAD LLP**

By: */s/ Oren Faircloth*
Oren Faircloth (*pro hac vice*)
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Phone: (212) 532-1091
Email: ofaircloth@sirillp.com

**LAW OFFICES OF DAVID B. RICHARDSON, P.S.**

David B. Richardson, WSBA #21991
3829 S. Edmunds St., Suite C.
Seattle, WA 98118
Phone: (425) 646-9801
Email: david@dbrlaw.com

*Attorneys for Plaintiffs and Proposed Class*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Marisa L. Berlinger*
Marisa L. Berlinger, WSBA #58991
Yara AlHowar, WSBA #58693
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: marisa.berlinger@morganlewis.com
yara.alhowar@morganlewis.com

Deborah S. Davidson (*pro hac vice*)
110 North Wacker Drive
Chicago, IL 60606
Phone: (312) 324-1159
Email: deborah.davidson@morganlewis.com

Dylan D. Rudolph (*pro hac vice*)
1400 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 843-7276
Email: dylan.rudolph@morganlewis.com

*Attorneys for Defendant Nordstrom, Inc.*

**ORDER**

Having considered the Parties' Joint Status Report, the Court hereby ORDERS as follows:

The stay of proceedings in this matter shall continue pending the Parties' completion of definitive settlement documents.

Within thirty (30) days of the date of this Order, the Parties shall either (a) file a motion for preliminary approval of the settlement, or (b) submit a further joint status report advising the Court of the Parties' progress toward finalization of the settlement.

**IT IS SO ORDERED.**

DATED this 20th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE