UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AMY TAKALA and JENNIFER WESCOTT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NORDSTROM, INC.,

Defendant.

CASE NO. 2:25-cv-01396-JHC

**ORDER**

This Order AMENDS the Court's October 19, 2026 Order at Dkt. # 38. The Court changes the date for the Final Approval Hearing to Thursday, February 18, 2027, at 9:00 a.m. at the United States Courthouse, 700 Stewart Street, Seattle, Washington 98101.

DATED this 20th day of October, 2026.

John H. Chun
United States District Judge